# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

133720 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

FRANKIE D. HALL,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133720
COA: 275600
Jackson CC: 05-001181-FH

On order of the Court, the application for leave to appeal the February 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917